PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **George Vieira**  Docket No. **04-00011**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Wendy H. Lonsdorf** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **George Vieira**, who was placed under pretrial release supervision by the **Honorable Stanley R. Chesler** sitting in the Court at Newark, New Jersey, on January 7, 2004, under the following conditions:

1. $150,000 unsecured appearance bond;
2. Reporting to Pretrial Services as directed; and
3. Travel restricted to the United States unless approved in advance by Pretrial Services.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **bail be modified to include mental health treatment as directed by Pretrial Services.**

ORDER OF COURT

Considered and ordered this __22__ day of __My__, _2__ and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Wendy H. Lonsdorf
U.S. Pretrial Services Officer