

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

CHARLES C. CARELLA
BRENDAN T. BYRNE
JOHN N. BAIN
JOHN G. GILFILLAN, III
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F GLEASON
DAVID G GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN

RICHARD K. MATANLE, II
DONALD S. BROOKS
FRANCIS C. HAND
AVRAM S. EULE
LINDSEY H TAYLOR
RAYMOND W. FISHER
DAVID J REICH
DECANDA M. FAULK
———
OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
LAURA S. MUNZER
MARC D MICELI
RAYMOND E STAUFFER°
JACOB A. KUBERT
STANLEY J YELLIN
FRANK J CHESKY III
STEPHEN R. DANEK
DANIEL J. MULLIGAN
°MEMBER N.Y BAR ONLY

JAMES D. CECCHI (1933-1995)

July 11, 2007

Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
Clarkson S. Fisher Federal Building
 and United States Courthouse
402 East State Street - Room 5050
Trenton, New Jersey 08608

    Re:    United States of America v. George Vieira, *et al.*
             **Criminal No. 04-11 (SRC)**

Dear Judge Chesler:

    As you know, we represent George Vieira in connection with the above-referenced matter. Mr. Vieira pled guilty before Your Honor pursuant to a cooperating plea agreement in 2005. Mr. Vieira is planning to travel to Brazil on business from July 21, 2007 through August 18, 2007. Eric Jaso has approved of this trip.

    Given the Government's consent, I have enclosed for Your Honor's consideration a proposed Order approving Mr. Vieira's travel to Brazil. If the enclosed Order meets with Your Honor's approval, please execute the original and have your staff return a copy to me. I will then circulate it to the appropriate Probation officials.

    Thank you for your anticipated cooperation.

                      Respectfully yours,

                  CARELLA, BYRNE, BAIN, GILFILLAN,
                  CECCHI, STEWART & OLSTEIN

                  DANIEL J. MULLIGAN

cc:    Eric Jaso, A.U.S.A (w/enclosure; Via Ordinary Mail)
        George Vieira (w/Enclosure; Via Ordinary Mail)
Enclosure
Document #259840v2

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
Attorneys for Defendant, George Vieira

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 04-11 (SRC) |
| Plaintiff, | |
| v. | |
| LAWRENCE FRANSEN, GEORGE VIEIRA, JOHN VAN SICKELL, and ROBERT QUATTRONE, | **ORDER** |
| Defendants. | |

This matter having been brought to the Court's attention on application of defendant, George Vieira, by and through his counsel, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, (James E. Cecchi, Esq. appearing), and it appearing that Eric Jaso, Assistant United States Attorney, representing the United States of America, having agreed and consented to the entry of this order; and for good cause shown;

IT IS on this _____ day of July, 2007;

ORDERED that defendant, George Vieira, is permitted to leave the State of California to travel to Brazil from July 21, 2007 through August 18, 2007 ; and it is

FURTHER ORDERED that defendant, George Vieira, shall notify the appropriate person(s) of the United States Probation Department to which he regularly reports, of his intention to travel to Brazil from July 21, 2007 through August 18, 2007.

_____
HONORABLE STANLEY R. CHESLER, U.S.D.J.

#322358 v1