## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

A LIMITED LIABILITY PARTNERSHIP FORMED IN THE STATE OF NEW YORK

ONE GATEWAY CENTER, 25TH FLOOR

NEWARK, NJ 07102-5311

TELEPHONE (973) 297-4700

FACSIMILE (973) 297-4701

PAUL J. FISHMAN

NEW YORK OFFICE
1633 BROADWAY
NEW YORK, NY 10019-6708
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250

April 28, 2008

**Via Federal Express**

Hon. Stanley R. Chesler
United States District Judge
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: <u>United States v. George Vieira (Cr. No. 04-11)</u>

Dear Judge Chesler:

As the Court is aware, George Vieira is scheduled to be sentenced on May 5, 2008, in connection with his guilty plea for his role in the Suprema Cheese case. In that regard, I am writing for two reasons. First, I am formally entering my firm's appearance as counsel for Mr. Vieira in connection with his sentencing and any related matters. Second, I am respectfully requesting -- with the Government's consent -- that Mr. Vieira's sentencing be adjourned for sixty days.

As the Court may recall, at the time that Mr. Vieira pled guilty, he was represented by John Azzarello of Carella Byrne Bain Gilfillian Cecchi Stewart & Olstein, PC. Mr. Azzarello has since left that firm, and is now a member of Arseneault, Whipple, Farmer, Fassett & Azzarello. However, as the Court is aware, John Whipple of the same firm represents Steven Venechanos. Accordingly, Mr. Azzarello has determined that the ethical rules do not permit his continued representation of Mr. Vieira, and Mr. Vieira has retained me in Mr. Azzarello's stead.

There are two reasons for the adjournment request. First, this is -- as the Court knows -- a very complicated case, and it will take some time to sufficiently review the available material in order to adequately represent Mr. Vieira at sentencing. Second, the draft of the Presentence Report was circulated to counsel and to the defendant within the last ten days. Given the requirements of Fed. R. Crim. 32 that the parties receive the draft at least 35 days before sentencing, the date of May 5 is no longer tenable. 6/12/08

@ 11:00

607076.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Stanley R. Chesler  
United States District Judge

April 28, 2008  
Page 2

    I have discussed this request with AUSA John Fietkiewicz, who represents the Government in this matter. Mr. Fietkiewicz has advised that he consents to this application (a courtesy which, I understand, he has extended to other defendants as well).

    I thank the Court for its consideration.

                                            Respectfully,

                                            Paul J. Fishman

PJF/md

cc:    James E. Cecchi (via facsimile)  
        John M. Fietkiewicz (via facsimile)

607076.1