

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Special Prosecutions Division*

---

| | | |
|---|---|---|
| *John M. Fietkiewicz* | *970 Broad Street, Suite 700* | *(973)645-2780* |
| *Senior Litigation Counsel* | *Newark, NJ 07102* | *Fax: (973)297-2006* |

**September 9, 2009**

**Honorable Stanley R. Chesler**
**United States District Judge**
**United States District Court**
**United States Post Office**
   **and Courthouse**
**Federal Square**
**Newark, New Jersey 07102**

> Re: **United States v. Vieira**
>     <u>**Criminal No. 04-11**</u>

**Dear Judge Chesler:**

The United States respectfully submits this letter in connection with the request by Probation to transfer jurisdiction of this matter, and the defendant's opposition to that request.

As indicated in Mr. Weissbard's letter to the Court of September 8, 2009, the United States does not take a position on this issue.

                              Respectfully submitted,

                              RALPH J. MARRA, JR.
                              Acting United States Attorney

                              /s/ JOHN M. FIETKIEWICZ

                         By:  JOHN M. FIETKIEWICZ
                              Senior Litigation Counsel
                              Special Prosecutions Division


**cc: Harvey Weissbard, Esq. (via electronic mail)**
    **Daniel Mee, Esq. (via electronic mail)**