973 645 3177  Case 2:04-cr-00011-SRC   Document 33   Filed 12/06/11   Page 1 of 2 PageID: 101
DEC-06-2011 10:57 From:                                          11:34:04 a.m.   12-06-2011
                                                                 To: 973 645 3177      P.2/3

Stone & Magnanini LLP
150 John F Kennedy Parkway, 4th Floor
Short Hills, NJ 07078
Tel: (973) 218-1111
Fax: (973) 218-1106
*Counsel for George Vieira*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 04-cr-11 |
| vs. | **CONSENT ORDER TO EXTEND JURISDICTION FOR SIXTY DAYS** |
| GEORGE VIEIRA | |

**WHEREAS**, the U.S. Probation Office issued a Petition for a Violation of defendant George Vieira's Supervised Release; and

**WHEREAS**, defendant George Vieira was scheduled to conclude his term of supervised release on December 7, 2011; and

**WHEREAS**, the United States and the U.S. Probation Office agreed and consented to an extension of the Court's jurisdiction over this matter for sixty (60) days, until February 6, 2012; and

**WHERAS**, defendant George Vieira agreed and consented to an extension of the Court's jurisdiction over this matter for sixty (60) days, until February 6, 2012, and to waive any objections, based on a statute of limitations or any other ground, to the Court's jurisdiction during that period; and

973 645 3177   Case 2:04-cr-00011-SRC   Document 33   Filed 12/06/11   Page 2 of 2 PageID: 102
JUDGE CHESLER                                              11:54:13 a.m.   12-06-2011         3/3
DEC-06-2011 10:57 From:
To:973 645 3177         P.3/3

WHEREAS, on December 5, 2011 the Court, having reviewed the Probation Office's Petition, and having heard from the United States and from defendant regarding the extension of Court's jurisdiction, and for good cause;

IT IS, on this 6th day of December 2011,

ORDERED that the Court's jurisdiction over this matter be extended on consent until February 6, 2012; and

IT IS FURTHER ORDERED that the parties will arrange a status conference with the Court on or around the week of January 9, 2012 on the issues raised by the Probation Office's Petition.

SO STIPULATED, AGREED AND CONSENTED TO:

DATE: December 5, 2011

United States of America
United States Attorney's Office
For the District of New Jersey

By: _____
John M. Fietkiewicz, Chief Litigation Counsel

Stone & Magnanini LLP
Counsel for George Vieira

By: _____
Robert A. Magnanini, Esq.

_____
HON. STANLEY R. CHESLER