RECEIVED

JAN - 9 2012

U.S. PROBATION OFFICE
NEWARK, NJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 04-cr-11 |
| vs. | ORDER DENYING PETITION FOR VIOLATING SUPERVISED RELEASE |
| GEORGE VIEIRA. | |

THIS MATTER having been brought before the Court by U.S. Probation in the form of a Petition alleging that George Vieira violated a Special Condition of his supervised release; and George Vieira having made extensive documentary submissions to the Court; and the U.S. Attorney's Office and U.S. Probation having indicated that no further submissions would be forthcoming from them; and all parties having agreed that the Court can resolve this matter on the papers; and the Court having considered the allegations in the Petition and the submissions of George Vieira; and the Court having found insufficient evidence to conclude that George Vieira willfully violated a Special Condition of his supervised release as alleged in the Petition, and for good cause shown,

IT IS, on this 10 day of January, 2012, **ORDERED** that Probation's petition for a violation of George Vieira's supervised release is hereby **DENIED**.

**SO STIPULATED, AGREED AND CONSENTED TO:**

DATE: January 6, 2012

United States of America
United States Attorney's Office
For the District of New Jersey

By: _____
John M. Fietkiewicz, Chief Litigation Counsel

Stone & Magnanini LLP
Counsel for George Vieira

By: _____
Robert A. Magnanini, Esq.

United States Probation Office
For the District of New Jersey

By: _____
   Gisella M. Bassolino
   2012.01.09 10:37:53
   -05'00'

Gisella Bassolino, United States
Probation Officer

_____
HON. STANLEY R. CHESLER